UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN TREVONE LAMAR, III,<br><br>        Plaintiff,<br><br>   v.<br><br>T. LEWIS, et al.,<br><br>        Defendants. | No. 1:23-cv-01594 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED N FORMA PAUPERIS<br><br>(ECF No. 2) |

    Plaintiff, a former county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Plaintiff has filed an application to proceed in forma pauperis for non-prisoners. ECF No. 2. He has submitted the affidavit required by 28 U.S.C. § 1915(a)(1) showing that he is unable to prepay fees and costs or give security for them. Id. at 1. Therefore, Plaintiff's request to proceed in forma pauperis will be granted.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's non-prisoner application to proceed in forma pauperis (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

    Dated: **April 2, 2024**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE