**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVIN TREVONE LAMAR, III,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS, *et al.*,<br><br>Defendants. | No. 1:23-cv-01594 JLT FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 19) |

Devin Trevone Lamar, III is a former county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 15, 2026, the assigned Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's second amended complaint against Defendants Lewis and Franco for excessive force and failure to intervene in violation of the Eighth Amendment as a convicted prisoner or the Fourteenth Amendment as a pretrial detainee. (Doc. 19.) The Magistrate Judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due within 14 days, and informed him that failure to timely file objections may result in the waiver of certain appellate rights. (*Id., citing Wilkerson v. Wheller*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections, and the deadline for doing so has expired.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 15, 2026, (Doc. 19), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's second amended complaint, filed March 16, 2026, (Doc. 15), only against Defendants Lewis and Franco for excessive force and failure to intervene in violation of the Eighth Amendment as a convicted prisoner or the Fourteenth Amendment as a pretrial detainee.

3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

UNITED STATES DISTRICT JUDGE

2