UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN TREVONE LAMAR, III,<br>Plaintiff,<br>v.<br>LEWIS, *et al.*,<br>Defendants. | Case No. 1:23-cv-01594-JLT-FJS (PC)<br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br>(ECF No. 28)<br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff Devin Travone Lamar, III ("Plaintiff") is a former county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Lewis and Franco ("Defendants") for excessive force and failure to intervene in violation of the Eighth Amendment as a convicted prisoner or the Fourteenth Amendment as a pretrial detainee. (ECF No. 20.)

On August 26, 2026, Defendants filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 28.) In the motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 28-1.) Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before September 21, 2026. The deadline for Plaintiff to respond to

Defendants' motion for summary judgment has expired and he has not otherwise been in contact with the court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within twenty-one (21) days of service of this order why this action should not be dismissed, without prejudice, for failure to prosecute. Plaintiff may comply with the court's order by filing an opposition or statement of non-opposition to Defendants' August 26, 2026, motion for summary judgment. Plaintiff is warned that if he fails to comply with the court's order, this matter will be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: **October 7, 2026**

UNITED STATES MAGISTRATE JUDGE